1  DANIEL G. BOGDEN
   United States Attorney
2  PATRICK M. WALSH
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, NV  89101
   702-388-6050
5  FAX #702-388-6698

6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

9

10  UNITED STATES OF AMERICA,       )
                                    )   2:13-mj-0057-PAL
11              Plaintiff,          )
                                    )   STIPULATION TO CONTINUE
12         vs.                      )   PRELIMINARY HEARING
                                    )
13  AMIR ADNAN ABNUKHATER,          )
                                    )
14              Defendant.          )

15

16         **IT IS HEREBY STIPULATED AND AGREED**, by and between DANIEL G.

17  BOGDEN, United States Attorney, and PATRICK M. WALSH, Assistant United States Attorney,

18  counsel for the United States of America, and Rebecca A. Levy, counsel for defendant Amir Adnan

19  Abnukhater, that the preliminary hearing in the above-captioned matter, currently scheduled for

20  February 14, 2013, at the hour of 4:00 p.m., be vacated and continued for thirty (30) days, or to a date

21  and time to be set by this Honorable Court.

22         This stipulation is entered into for the following reasons:

23         1.      Parties are trying to resolve matter prior to indictment.

24         2.      Additionally, denial of this request for continuance could result in a miscarriage

25  of justice.

26  . . .

3. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §3161(b) and §3161(h)(8)(A), considering the factors under 18 U.S.C. §3161(h)(8)(B)(i) and (iv).

DATED this 13th day of February, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Patrick Walsh

PATRICK WALSH
Assistant United States Attorney

/s/ Rebecca Levy

REBECCA A. LEVY
Counsel for defendant **ABUKHATER**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 2:13-mj-0057-PAL |
| ) | |
| Plaintiff,   ) | |
| ) | ORDER CONTINUING |
| vs.   ) | PRELIMINARY HEARING |
| ) | |
| AMIR ADNAN ABUKHATER   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

**IT IS HEREBY ORDERED** that the preliminary hearing in the above-captioned matter currently scheduled for February 14, 2013, at the hour of 4:00 p.m., be vacated and continued to  March 14th , 2013 , at the hour of 4:00p . m.

DATED this ""36ij day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE